# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1861
LT Case No. 2024-DP-000008
_____

R.H., MOTHER of N.F., JR., A
CHILD,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Ronda Hawkins, Quincy, pro se.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, and
Laura J. Lee, Assistant Director of Appeals, of Guardian ad
Litem Office, Tallahassee, and Adam Matthew Topel, of Butler
Weihmuller Katz Craig LLP, of Pro Bono Guardian ad Litem,
Tampa, for Guardian ad Litem Program.


January 13, 2026

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____